CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Richard M. Evans, Esq., Jeffrey J. Bernstein, Esq., Anthony P. Nicastro, Esq., DOJ—U.S. Department of Justice, Washington, DC, for Respondent.

Before PREGERSON, BEEZER, and TALLMAN, Circuit Judges.

### ORDER **

Mohammad Honari, an Iranian citizen, petitions for review of a decision by the Board of Immigration Appeals affirming an Immigration Judge's order of removal. Honari was admitted to the United States in 1992. *See Shivaraman v. Ashcroft,* 360 F.3d 1142, 1146 (9th Cir.2004). His commission of crimes in both 1997 and 1999 are cause for removal under 8 U.S.C. § 1227(a)(2)(A)(ii). *See Molina–Amezcua v. INS,* 6 F.3d 646, 647 (9th Cir.1993).

We lack jurisdiction to review the removal order. 8 U.S.C. § 1252(a)(2)(C). Now, therefore, it is ordered that Honari's petition for review is DISMISSED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Anthony James TURNER, Defendant— Appellant.**

**No. 04–50138.**

**D.C. No. CR–03–00976–GAF.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Beong–Soo Kim, AUSA, USLA—Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Nadine C. Hettle, Esq., Monica Knox, Esq., FPDCA—Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before FERNANDEZ, GRABER and GOULD, Circuit Judges.

### MEMORANDUM **

We vacate the sentence and remand for resentencing in light of *United States v. Booker,* —— U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline,* 400 F.3d 646, No. 02–

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

30326, 2005 WL 350811 (9th Cir. Feb.9, 2005).

VACATED and REMANDED.

■

UNITED STATES of America,
Plaintiff—Appellee,

v.

Oden McGREEVY, Defendant—
Appellant.

No. 04–30198.
D.C. No. CR–03–186–ALH.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Jennifer Martin, AUSA, Office of the U.S. Attorney, Mark O. Hatfield U.S. Courthouse, Portland, OR, for Plaintiff–Appellee.

odd H. Grover, Hoevet & Boise, Portland, OR, for Defendant–Appellant.

Before FERNANDEZ, GRABER, and GOULD, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

We vacate the sentence and remand for resentencing in light of *United States v. Booker,* —— U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), and *United States v. Ameline,* 400 F.3d 646, No. 02–30326, 2005 WL 350811 (9th Cir. Feb.9, 2005).

VACATED and REMANDED.

■

UNITED STATES of America,
Plaintiff–Appellee,

v.

Michael Lawrence WAGENSELLER,
aka Michael Lawrence Wagensellor,
Defendant–Appellant.

No. 04–30114.
D.C. No. CR–03–00035–9–SEH.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 18, 2005.

Marcia Good Hurd, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Darla J. Mondou, Esq., Upton, MA, for Defendant–Appellant.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).